# Weinberg, Gross & Pergament LLP

## ATTORNEYS AT LAW

Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
*Partner*

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

August 6, 2009

Clerk
United States Bankruptcy Court
Long Island Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

       Re: NCI Construction Inc.
          <u>Case No. 809-74610-478</u>

Dear Sir/Madam:

  This firm is counsel to the Trustee in the above-referenced case.

  The Trustee believes that there will be funds available for distribution to creditors and requests that you issue a notice to creditors to file claims.

          Sincerely,

          Marc A. Pergament

MAP:js