B6F (Official Form 6F) (12/07)

In re  __NCI Construction Inc._____.    Case No. _____
                          Debtor                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                                          Accurate Interiors Inc. 30 Baltic Ave. Staten Island, NY | | | Business Debt | | | | 5,623.23 |
| ACCOUNT NO.                                                          Acme Architectural Products 270 Farmingdale Rd. Route 109 West Babylon, NY 11704 | | | Business Debt | | | | 7,129.11 |
| ACCOUNT NO.                                                          Advanced Media Solutions, LLC 98 Main St. Babylon, NY 11702 | | | Business Debt | | | | 584.00 |
| ACCOUNT NO.    ending in 0772                                        Advanta Bank Corp. PO Box 8088 Philadelphia, PA 191901 | X | | Business Credit Card | | | | 21,905.11 |

<u>29</u>   Continuation sheets attached

                                        Subtotal  ➤  $        35,241.45

                                        Total  ➤  $
                            (Use only on last page of the completed Schedule F.)
                    (Report also on Summary of Schedules and, if applicable on the Statistical
                            Summary of Certain Liabilities and Related Data.)

In re  **NCI Construction Inc.**                              Case No. _____

                              **Debtor**                                    **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **AEC Repro** **44 West 39th Street** **New York, NY 10018** | | | **Business Debt** | | | | **12,060.04** |
| ACCOUNT NO. | | | | | | | |
| **AICCO Inc.** **PO Box 9045** **New York, NY 10087** | | | **Business Debt** | | | | **3,596.58** |
| ACCOUNT NO. | | | | | | | |
| **Air Stream Air Conditioning** **245 Newtown Rd** **Suite 305** **Plainview, NY 11803** | | | **Business Debt** | | | | **64,933.13** |
| ACCOUNT NO. | | | | | | | |
| **Alert Glass & Architectural Metals Corp.** **333 Spur Drive North** **Bayshore, NY 11706** | | | **Business Debt** | | | | **6,870.00** |
| ACCOUNT NO. | | | | | | | |
| **Allstate** **75 Executive Pkwy.** **Hudson, OH 44237** | | | **Business Debt** | | | | **1,318.35** |

Sheet no. _1_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      **88,778.10**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re  **NCI Construction Inc.**
                                      Case No. _____
                          Debtor                          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 2,000.00 |
| **Amazing Glazing** <br> **44-10 30th Road** <br> **Long Island City, NY 1110** | | | **Business Debt** | | | | |
| ACCOUNT NO. | X | | | | | | 6,490.32 |
| **American Express** <br> **PO Box 2855** <br> **New YOrk, NY 10116** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 11,627.50 |
| **Amstel Manufacturing Inc.** <br> **128 Centre Street** <br> **East Richmond Hill, ON** <br> **L4C1A6** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 687.50 |
| **Associated Pension Consultants, Inc** <br> **50 Jackson Ave.** <br> **3rd Floor** <br> **Syosset, NY 11791** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 548.56 |
| **At&T Mobility** <br> **PO Box 537119** <br> **Atlanta, GA 30353** | | | **Business Debt** | | | | |

Sheet no. _2_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **21,353.88**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **NCI Construction Inc.**

Case No. _____

Debtor

(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 3,039.32 |
| **Atlantic Blueprint Compan 1070 Old Northern Blvd. Roslyn, NY 11576** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 1,872.85 |
| **Audi Financial Services PO Box 7247 Philidelphia, PA 19170** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 13,950.00 |
| **August Mechanical Corp. 168-11 12th Ave. Suite 8B Flushing, NY 11357** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 7,735.00 |
| **Barnett Iron Associates, Inc 175 Bogart Street Brooklyn, NY 11206** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 3,500.00 |
| **BC HVAC Inc. 68 Derby Street Valley Stream, NY 11581** | | | **Business Debt** | | | | |

Sheet no. _3_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **30,097.17**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **NCI Construction Inc.**
_____
Debtor

Case No. _____
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**BKM Floorcovering**<br>**300 East River Drive**<br>**East Hartford, CT 06108** | | | **Business Debt** | | | | 105,442.20 |
| ACCOUNT NO.<br><br>**Brief Carmen & Kleiman, LLP**<br>**805 Third Ave.**<br>**11th Floor**<br>**New York, NY 10022** | | | **For Noticing Purpose Only**<br>**Re: Alpha Interiors Inc.** | | X | X | **Duplicate** |
| ACCOUNT NO.   **100207816**<br><br>**Broadway Networks**<br>**c/o CMI Credit Mediators**<br>**PO Box 456**<br>**Upper Darby, PA 19082** | | | **Business Debt** | | | | 1,480.84 |
| ACCOUNT NO.<br><br>**C.M. Richey Electrical Co**<br>**77 Air Park Drive**<br>**Ronkonkoma, NY 11779** | | | **Business Debt** | | | | 82,942.50 |
| ACCOUNT NO.<br><br>**Call A Head**<br>**304 Crossbay Blvd.**<br>**Broad Channel, NY 11693** | | | **Business Debt** | | | | 436.09 |

Sheet no.  4  of 29 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 190,301.63

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re __NCI Construction Inc.__ _____   Case No. _____
                                            Debtor                                  (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 5,400.00 |
| Callahan Piping, LLC 26 Werman Court Plainview, NY 11803 | | | Business Debt | | | | |
| ACCOUNT NO. | | | | | | | 749.46 |
| Canon Business Solutions 21146 Network Place Chicago, IL 60673 | | | Business Debt | | | | |
| ACCOUNT NO. | | | | | | | 4,253.97 |
| Capital One Bank PO Box 70885 Charlotte, NC 28272 | | | Business Debt | | | | |
| ACCOUNT NO. | | | | | | | 4,500.00 |
| Carpet Installations of America 1126 Waverly Ave. Holtsville, NY 11742 | | | Business Debt | | | | |
| ACCOUNT NO. | | | | | | | 10,437.06 |
| Chase Business PO Box 15153 Wilmington, DE 19886 | | | Business Debt | | | | |

Sheet no. _5_ of _29_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 25,340.49

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  __NCI Construction Inc._____     Case No. _____
                                    **Debtor**                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | **4,592.92** |
| **Chase Business** **PO Box 15153** **Wilmington, DE 19886** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | **10,776.32** |
| **Chase Business** **PO Box 15153** **Wilmington, DE 19886** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | **627.00** |
| **Chris Caroll** **4155 New York Ave.** **Island Park, NY 11558** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | **1,950.00** |
| **City Scan Corp** **28-24 Steinway St.** **Suite 117** **Astoria, NY 11103** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | **1,950.00** |
| **Cogen Electrical Services, Inc** **528 Craven Street** **Bronx, NY 10474** | | | **Business Debt** | | | | |

Sheet no. _6_ of _29_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **19,896.24**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re __NCI Construction Inc._____     Case No. _____
                                    **Debtor**                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 810.00 |
| **Connercial Electric Contractors, Inc .** **10-28 47th Ave** **Long Island City, NY** **11101** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 27,187.84 |
| **Corporate Reproductions, Inc.** **295 Madison Ave.** **Lower Level** **New York, NY 10017** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 4,120.50 |
| **Country Carpet Distributors, Inc** **207 Robins Lane** **Syosset, NY 11791** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 1,300.00 |
| **CPI Industries, Inc** **5000 Grand Ave.** **Maspeth, NY 11378** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 44,933.08 |
| **D&D Electric Contracting Corp.** **13 East 37th Street** **Suite 701** **New York, NY 10016** | | | **Business Debt** | | | | |

Sheet no. _7_ of _29_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $      78,351.42

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **NCI Construction Inc.**                                    Case No. _____

                    **Debtor**                                          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **3,237.72** |
| **Daltile** **PO Box 13038** **Newark, NJ 07188** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | X | X | **Duplicate** |
| **Daniel J. Costello, PC** **575 Underhill Blvd** **Suite 112** **Syosset, NY 11791** | | | **For Noticing Purpose Only** **Re: Accurate Interiors Inc.** | | | | |
| ACCOUNT NO. | | | | | X | X | **Duplicate** |
| **David Howe, PC** **250 West Nyack Rd.** **Suite 114** **West Nyack, NY 10994** | | | **For Noticing Purpose Only** **Re: Alpha Interiors** | | | | |
| ACCOUNT NO. | | | | | | | **1,535.46** |
| **Director Door Industries Ltd.** **95 Cabot Street** **West BAbylon, NY 11050** | | | **Business Debt** | | | | |
| ACCOUNT NO.    **07-38790, 07-39312** | | | | | | | **Unknown** |
| **Dranitzke, Lechtreckrt, Trabold & Johnson** **73 Northocean Ave.** **PO Box 510** **Patchogue, NY 11772** | | | **For Noticing Purpose Only** | | | | |

Sheet no.  8  of 29 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    **4,773.18**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **NCI Construction Inc.**
_____
        **Debtor**

Case No. _____
                    **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | X | | X | Duplicate |
| Edward Weissman, Esq. 60 East 42nd Street 47th floor New York, NY 10165 | | | For Noticing Purpose Only Re: Unity Electric Co., | | | | |
| ACCOUNT NO. | | | | | | | 18,870.00 |
| Empire Hudson Painting Co. 150-28 24th Road Whitestone, NY 11357 | | | Business Debt | | | | |
| ACCOUNT NO. | | | | | | | 5,325.00 |
| Epicurean Industries, Inc. 30 Canidae Street Burlington, NJ 08016 | | | Business Debt | | | | |
| ACCOUNT NO.   2477 | | | | | | | 15,000.00 |
| Exhibit Craft Inc. c/o Mathews,Nichols,&Asso PO Box 1705 Staten Island, NY 10313 | | | Business Debt | | | | |
| ACCOUNT NO. | | | | | | | 471.08 |
| Federal Express PO Box 371461 Pittsburgh, PA 15250 | | | Business Debt | | | | |

Sheet no. _9_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **39,666.08**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re  **NCI Construction Inc.**                                      Case No. _____
                          **Debtor**                                                (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **31,000.00** |
| **Fire Sprinkler Associates, Inc.** **41 Mercedes Way** **Suite 31** **Edgewood, NY 11717** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | **4,289.58** |
| **FJC Security Services, Inc.** **275 Jericho Tpke.** **Floral Park, NY 11001** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | **6,489.58** |
| **Flushing Iron Weld, Inc.** **131-25 Maple Ave.** **Flushing, NY 11355** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | X | X | | **Duplicate** |
| **Forchelli, Curto , Schwartz,** **Mineo & Cohn, LLP** **330 Old Country Rd.** **PO Box 31** **Mineola, NY 11501** | | | **For Noticing Purpose Only** **Re: Air Stream Air Conditioning** | | | | |
| ACCOUNT NO. | | | | | | | **127.04** |
| **Fortune Interior Dismantling, Inc.** **1034 Hudson Ave.** **Ridgefield, NJ 07657** | | | **Business Debt** | | | | |

Sheet no.  10  of 29 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **41,906.20**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **NCI Construction Inc.**                                              Case No. _____
                          Debtor                                                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 3,405.61 |
| **Fresh Painting Contracting, Inc. 20 West 22nd Street New York, NY 10010** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 162.94 |
| **Fusion Wireless 65 Main Street Port Washington, NY 11050** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 6,674.30 |
| **G.R. Mechanical Contracti 265 Vanderbilt Pkwy. Dix Hills, NY 11746** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | X | X | | **Duplicate** |
| **Gordon & Gordon, PC Peter S. Gordon, Esq. 108-18 Queens Blvd. Forest Hills, NY 11375** | | | **For Noticing Purpose Only Re: Nahas Rug Co.Inc.** | | | | |
| ACCOUNT NO. | | | | | | | 320.00 |
| **Grandview contracting 28 Garfield Ave Bayshore, NY 11706** | | | **Business Debt** | | | | |

Sheet no. _11_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ **10,562.85**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **NCI Construction Inc.**
_____
          **Debtor**

Case No. _____
                          **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Grassi & Co. CPA's, P.C.**<br>**2001 Marcus Ave**<br>**Suite S265**<br>**Lake Success, NY 11042** | | | **Business Debt** | | | | **11,000.00** |
| ACCOUNT NO. | | | | | | | |
| **Guardian Life Insurance**<br>**PO Box 11440 A**<br>**New York, NY 10286** | | | **Credit Card** | | | | **696.44** |
| ACCOUNT NO. | | | | | | | |
| **Haslacha 26 LLC**<br>**7th Ave.**<br>**New York, NY 10018** | | | **Business Debt** | | | | **17,300.14** |
| ACCOUNT NO. | | | | | | | |
| **Hastings Roofing Inc.**<br>**975 Nepperehan Ave.**<br>**Yonkers, NY 10703** | | | **Business Debt** | | | | **2,100.00** |
| ACCOUNT NO. | | | | | | | |
| **Health Net of Northeast, Inc.**<br>**1 Far Mill Crossing**<br>**Shelton, CT 06484** | | | **Business Debt** | | | | **3,458.14** |

Sheet no. 12 of 29 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **34,554.72**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re   **NCI Construction Inc.**                                    Case No. _____
                              **Debtor**                                              **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **9,360.00** |
| **His Concrete Contractors, Inc.** **1478 Williamsbridge Rd.** **Bronx, NY 10461** | | | **Business Debt** | | | | |
| ACCOUNT NO. | X | | | | | | **4,309.28** |
| **Home Depot Credit Services** **PO Box 6029** **The Lakes, NV 88901** | | | **Business Debt** | | | | |
| ACCOUNT NO. | X | | | | | | **90,000.00** |
| **HSBC Bank USA, NA** **Commercial Loan** **Suite 0002** **Buffalo, NY 14370** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | **2,950.00** |
| **IES USA, Inc** **34 North Bond Street** **Mt. Vernon, NY 10550** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | **Duplicate** |
| **Imperial Credit Compamies, Inc** **101 Hudson Street** **Jersey City, NJ 07302** | | | **For Noticing Purpose Only** **Re: Premium Finance Agreement** | | | | |

Sheet no. _13_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ | **106,619.28**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re __NCI Construction Inc._____     Case No. _____
                            Debtor                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **ISland Acoustics** <br> **518 Johnson Ave.** <br> **Bohemia, NY 11716** | | | **Business Debt** | | | | **73,651.80** |
| ACCOUNT NO. <br><br> **Jason S. Samuels, PC** <br> **100 Jericho Quadrangle** <br> **Suite 314** <br> **Jericho, NY 11753** | | | **For Noticing Purpose Only** <br> **Re: D&D Electric Corp.** | X | X | | **Duplicate** |
| ACCOUNT NO. <br><br> **Jepol Construction, Inc** <br> **72-08 51st Road** <br> **Woodside, NY 11377** | | | **Business Debt** | | | | **6,500.00** |
| ACCOUNT NO. <br><br> **JoCo Welding** <br> **248 North 4th Street** <br> **Bethpage, NY 11714** | | | **Business Debt** | | | | **5,000.00** |
| ACCOUNT NO. <br><br> **Jon-Da Printing Company** <br> **200 Hudson Street** <br> **New York, NY 10013** | | | **Business Debt** | | | | **2,234.99** |

Sheet no. _14_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **87,386.79**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re **NCI Construction Inc.**
           Debtor

Case No. _____
          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **450535433001** <br><br> **JP Morgan Chase Bank, NA** <br> **PO Box 9001022** <br> **Louisville, KY 40290** | X | | **Commercial Loan** | | | | **272,021.82** |
| ACCOUNT NO. **Index No.38790/07** <br><br> **JPC Plumbing & Heating Inc.** <br> **90 Plainfield Road** <br> **Albertson, NY 11507** | | | **For Noticing Purpose Only** | | | | **Unknown** |
| ACCOUNT NO. <br><br> **JV Transportation, Inc.** <br> **720 South Front Street** <br> **Elizabeth, NJ 07202** | | | **Business Debt** | | | | **450.00** |
| ACCOUNT NO. <br><br> **Kaback Enterprises** <br> **45 West 25th Street** <br> **New York, NY 10013** | | | **Business Debt** | | | | **45,155.00** |
| ACCOUNT NO. <br><br> **Kamco Supply Corp.** <br> **80-21st Street** <br> **Brooklyn, NY 11232** | | | **Business Debt** | | | | **8,338.37** |

Sheet no. _15_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    ➤   $        **325,965.19**

Total    ➤   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re   **NCI Construction Inc.**

Case No. _____

_____

**Debtor**

(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **M207896** <br><br>**Kaufman, Dolowich Voluck & Gonzo, LLP** <br>**135 Crossways Park Dr.** <br>**Woodbury, NY 11797** | | | **Business Debt** | | | | **65,939.12** |
| ACCOUNT NO. <br><br>**Krisstone, LLC** <br>**472 East Westfield Ave.** <br>**Roselle Park, NJ 07204** | | | **Business Debt** | | | | **13,975.00** |
| ACCOUNT NO. <br><br>**LD Flecken, Inc.** <br>**72B Cabot Street** <br>**West Babylon, NY 11704** | | | **Business Debt** | | | | **5,757.00** |
| ACCOUNT NO. <br><br>**LDI Color Tool Box** <br>**50 Jericho Quadrangle** <br>**Jericho, NY 11753** | | | **Business Debt** | | | | **594.36** |
| ACCOUNT NO. <br><br>**M&M Canvas & Awning** <br>**94 Norht Woodhill Rd.** <br>**Huntington, NY 11743** | | | **Business Debt** | | | | **6,099.30** |

Sheet no. __16__ of __29__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **92,364.78**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re __NCI Construction Inc._____     Case No. _____
                        **Debtor**                                          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2477 <br><br>M&N Associates<br>PO Box 1705<br>Staten Island, NY 10313 | | | Business Debt | | | | 15,000.00 |
| ACCOUNT NO. <br><br>M&S Masonry & Construction, Inc.<br>812 Palisade Ave.<br>Yonkers, NY 10703 | | | Business Debt | | | | 1,665.00 |
| ACCOUNT NO. <br><br>Maria C. Corrao, ESQ<br>260 Albany Ave.<br>Thornwood, NY 10594 | | | For Noticing Purpose Only<br>Re: HIS Concrete Contractors, Inc | | | | Dulpicate |
| ACCOUNT NO. <br><br>Mark Ross<br>345 East Street<br>New York, NY 10021 | | | Business Debt | | | | 3,136.00 |
| ACCOUNT NO. <br><br>Mark S. Eksuzian<br>9 Dove Street<br>Pittsfield, MA 01201 | | | Business Debt | | | | 9,880.50 |

Sheet no. __17_ of _29_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 29,681.50

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __NCI Construction Inc._____     Case No. _____

Debtor                                            (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Marshall M.Stern, PC** <br> **17 Cardiff Court** <br> **Huntington Station, NY** <br> **11746** | | | **For Noticing Purpose Only** <br> **Re: Callahan Piping, LLC** | | | | **Duplicate** |
| ACCOUNT NO.   **M207896** <br><br> **Martin A. Bienstock** <br> **City of New York** <br> **36-35 Bell Blvd.** <br> **PO Box 610700** <br> **Bayside, NY 11361** | | | **For Noticing Purpose Only** <br> **Re: Kaufman, Dolowich, Voluck &** <br> **Gonzo. LLP** | | | | **Duplicate** |
| ACCOUNT NO. <br><br> **MCI Interiors Inc.** <br> **3754 Perry Street** <br> **Jefferson Valley, NY** <br> **10535** | | | **Business Debt** | | | | **25,000.00** |
| ACCOUNT NO. <br><br> **Met Sales & Installations Corp.** <br> **68 Rome Street** <br> **Farmingdale, NY 11735** | | | **Business Debt** | | | | **6,550.00** |
| ACCOUNT NO. <br><br> **Metropolitian lumber** <br> **617 11th Ave.** <br> **New York, NY 10036** | | | **Business Debt** | | | | **2,102.33** |

Sheet no. _18_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **33,652.33**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re    **NCI Construction Inc.**                                      Case No. _____
                                    **Debtor**                                              **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **90,408.00** |
| **Millennium Contracting Service Corp** **557 17th Street** **Brooklyn, NY 11215** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | X | X | | **Duplicate** |
| **Mintz Levin** **666 Third Ave.** **New York, NY 10017** | | | **For Noticing Purpose Only** **Re: TSC Design Associates** | | | | |
| ACCOUNT NO. | | | | | | | **545.00** |
| **Moses & Singer LLP** **405 Lexington Ave.** **New York, NY 10174** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | X | X | | **Duplicate** |
| **Moshe Assis, Esq.** **485 7th Ave.** **Suite 717** **New York, NY 10018** | | | **For Noticing Purpose Only** **Re: Haslacha 26 LLC** | | | | |
| ACCOUNT NO. | | | | | | | **4,726.00** |
| **Multiplex Security System** **DBA Michael Mele** **PO Box 3** **Valhalla, NY 10595** | | | **Business Debt** | | | | |

Sheet no. _19_ of _29_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | **95,679.00**

Total ➤ | $ |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **NCI Construction Inc.**        Case No. _____
                                **Debtor**                                    **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Nahas Rug Co., Inc.** <br> **351 Hempstead Tpke.** <br> **West Hempstead, NY** <br> **11552** | | | **Business Debt** | | | | **14,541.00** |
| ACCOUNT NO. **47-20439** <br> **New York State Dept of Labor** <br> **PO Box 151530** <br> **Albany, NY 12212** | | | **Business Debt** | | | | **7,774.00** |
| ACCOUNT NO. <br> **Nola Title** <br> **47-11 Van Dam Street** <br> **Long Island City, NY** <br> **11101** | | | **Business Debt** | | | | **3,000.00** |
| ACCOUNT NO. <br> **Norco Construction Inc.** <br> **25 Strathmore Rd.** <br> **Manhasset, NY 11030** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Norco Inc.** <br> **25Strathmore Rd.** <br> **Manhasset, NY 11030** | | | **Business Debt** | | | | **9,500.00** |

Sheet no. _20_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal > $     **34,815.00**

                                            Total > $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re  **NCI Construction Inc.**_____  Case No. _____
                                          Debtor                                                  (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Northwestern Mutual Ins.**<br>**PO Box 3009**<br>**Milwaukee, WI 53201** | | | **Business Debt** | | | | **302.32** |
| ACCOUNT NO.<br><br>**NY Custom Interior Woodworking Corp.**<br>**43-34 West Railroad Ave.**<br>**Long Island City, NY**<br>**11101** | | | **Business Debt** | | | | **7,130.00** |
| ACCOUNT NO.<br><br>**NY State Insurance Fund**<br>**Workers Compensation**<br>**PO Box 4788**<br>**Syracuse, NY 13221** | | | **Business Debt** | | | | **3,896.45** |
| ACCOUNT NO.<br><br>**O'Kane Construction, Inc.**<br>**55 West Railroad Ave.**<br>**Building 5E**<br>**Garnerville, NY 10923** | | | **Business Debt** | | | | **1,124.29** |
| ACCOUNT NO.<br><br>**Par Fire Protection**<br>**60 N. Prospect Ave**<br>**Lynbrook, NY 11563** | | | **Business Debt** | | | | **1,680.00** |

Sheet no. _21_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $     **14,133.06**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **NCI Construction Inc.**                                     Case No. _____
                            Debtor                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **6,935.00** |
| **Paradise Glass & Mirrors, Inc.** **5712 3rd Ave** **Brooklyn, NY 11563** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | **21,017.10** |
| **Paramount Plumbing Service** **315 Jackson Ave** **Bronx, NY 10454** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | X | X | | **Duplicate** |
| **Peter, Birzon & Associates** **400 Jericho Tpke.** **Suite 100** **Jericho, NY 11753** | | | **For Noticing Purpose Only** **Re: M&M Canvas & Awnings** | | | | |
| ACCOUNT NO. | | | | | | | **201.32** |
| **Pitney Bows** **PO Box 856042** **Louiseville, KY 40285** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | **2,687.16** |
| **Priority Contracting Inc.** **154 River Road** **No. Arlington, KY40285** | | | **Business Debt** | | | | |

Sheet no. 22 of 29 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $  **30,840.58**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re   **NCI Construction Inc.**

Case No. _____

Debtor
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 5,167.29 |
| **Professional Touch Painting, Inc.** **170-23rd Ave.** **Jamaica, NY 11433** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 1,801.01 |
| **ProForma** **PO Box 57558** **Stn A. Toronto, Ontario** **M5W5M5 Canada** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | X | X | | Duplicate |
| **Raymond Giusto, PC** **136 East Main Street** **East Islip, NY 11730** | | | **For Noticing Purpose Only** **Re: CM Richey Contractors** | | | | |
| ACCOUNT NO. | | | | | | | 24,418.80 |
| **Rivelis, Pawa & Blum, LLP** **286 Madison Ave.** **14th Floor** **New York, NY 10017** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 186.77 |
| **SCS Printing & Office Pro** **20 Dubon Court** **Farmingdale, NY 11735** | | | **Business Debt** | | | | |

Sheet no. _23_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **31,573.87**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re  **NCI Construction Inc.**

Case No. _____

**Debtor**                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Sean Buckley**<br>**7-0 Brookside Drive**<br>**East Harraman, NY 10926** | | | **Business Debt** | | | | **3,542.20** |
| ACCOUNT NO.<br><br>**Shanker Law Group**<br>**Michael L. Shanker,  Esq.**<br>**101 Front St.**<br>**Mineola, NY 11501** | | | **For Noticing Purpose Only**<br>**Re: Alpha Interiors, Inc.** | | X | X | **Duplicate** |
| ACCOUNT NO.<br><br>**Sherry Mica Products**<br>**45 Remington Blvd.**<br>**Ronkonkoma, NY 11779** | | | **Business Debt** | | | | **2,330.00** |
| ACCOUNT NO.<br><br>**Signature Interior Demolition Inc.**<br>**369 Kingsland Ave.**<br>**Brooklyn, NY 11222** | | | **Business Debt** | | | | **9,500.00** |
| ACCOUNT NO.<br><br>**Signature Painting & Decorating**<br>**c/o Thomas Milana**<br>**176 Aster Drive**<br>**New Hyde Park, NY 11040** | | | **Business Debt** | | | | **8,400.00** |

Sheet no. 24 of 29 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **23,772.20**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **NCI Construction Inc.**           Case No. _____
_____  
        **Debtor**                           **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **602349/09** <br><br> **Singer Studio Corp.** <br> **c/o Vincent J. Torno** <br> **101 East 52nd Street** <br> **21st Floor** <br> **New York, NY 10022** | | | **Business Debt** | | | | **Unknown** |
| ACCOUNT NO. <br><br> **SLP Financial Solutions** <br> **9 Canterbury Lane** <br> **Nesconset, NY 11767** | | | **Business Debt** | | | | **3,800.00** |
| ACCOUNT NO. <br><br> **Sprint** <br> **PO Box 660075** <br> **Dallas, TX 75266** | | | **Business Debt** | | | | **628.74** |
| ACCOUNT NO. <br><br> **Staples Business Advantage** <br> **PO Box 415256** <br> **Boston, MA 02241** | | | **Business Debt** | | | | **316.78** |
| ACCOUNT NO. <br><br> **Staples Credit Plan** <br> **PO Box 689020** <br> **Des Miones, IA 50368** | | | **Business Debt** | | | | **54.61** |

Sheet no. _25_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal ➢ $      **4,800.13**

                                Total ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re  **NCI Construction Inc.**

Debtor

Case No. _____

(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 118.03 |
| **Stephen Fossler Company** **439 South Dartmoor Drive** **Crystal Lake, Il 60014** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 1,560.00 |
| **Steven Kulig** **63-62 80th Road** **Glendale, NY 13385** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 13,333.47 |
| **Taub's Carpet & Tile Corp.** **893 Hempstead Tpke.** **Franklin Square, NY 11010** | | | **Busines Debt** | | | | |
| ACCOUNT NO. | | | | | | | 5,503.47 |
| **The Amerisc Group** **777 Zeckendorf Blvd.** **Suite 2** **Garden City, NY 11530** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 5,000.00 |
| **The Berman Group** **380 Lexington Ave.** **Suite 1519** **New York, NY 10168** | | | **Business Debt** | | | | |

Sheet no. _26_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **25,514.97**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **NCI Construction Inc.**

Case No. _____

Debtor

(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 5,750.00 |
| **Titan Contracting Company** **66-00 Long Island Express** **Maspeth, NY 11378** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | X | X | Duplicate |
| **Torre, Lentz, Gamell, Gary & Rittmaster, LLP** **100 Quadrangle** **Jericho, NY 11753** | | | **For Noticing Purpose Only** **Re: Air Stream Air Conditioning** | | | | |
| ACCOUNT NO. | | | | | | | 52,462.99 |
| **Unity Electric Co., Inc** **65-45 Fresh Meadow Lane** **Flushing, NY 11365** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | Unknown |
| **Utica Mutual Insurance Company** **180 Genesee Street** **New Hartford, NY 13413** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 11,212.50 |
| **Varick Deywall, Inc** **558-C Broome Street** **New York, NY 10013** | | | **Business Debt** | | | | |

Sheet no. _27_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤ $ **69,425.49**

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **NCI Construction Inc.**　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Ventura Marina Management Corp.**<br>**405 Main Street #6**<br>**Port Washington, NY 11050** | | | **Business Debt** | | | | **800.00** |
| ACCOUNT NO.<br><br>**Warchaw,Burstein,Cohen**<br>**Schlesinger & Kuh, LLP**<br>**555 Fifth Ave.**<br>**New York, NY 10017** | | | **For Noticing Purpose Only**<br>**Re: Conair Corporation** | X | X | | **Duplicate** |
| ACCOUNT NO.<br><br>**Wasserman, Grubin & Rodgers, LLP**<br>**Dougles Lutz, Esq**<br>**1700 Broadway**<br>**New York, NY 10019** | | | **For Noticing Purpose Only**<br>**Re: Alpha Interiors, Inc.** | X | X | | **Duplicate** |
| ACCOUNT NO.<br><br>**Westermann, Sheehy, Keen**<br>**Samaan & Aydelott, LLP**<br>**100 Quetin Roosevelt Blvd**<br>**Suite 502**<br>**Garden City, NY 11530** | | | **For Noticing Purpose Only**<br>**Re: Utica Mutual** | | | | **Duplicate** |
| ACCOUNT NO.<br><br>**WTG Electric, Inc.**<br>**115-14 Beach Channel Driv**<br>**Rockaway Park, NY 11694** | | | **Business Debt** | | | | **12,400.00** |

Sheet no. _28_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $ **13,200.00**

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re <u>NCI Construction Inc.</u>                              Case No. _____
                          **Debtor**                                        **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 955.87 |
| **XYZ Cleaning Contractors, Inc.** **50 Commercial Street** **Plainview, NY 11803** | | | **Business Debt** | | | | |

Sheet no. <u>29</u> of <u>29</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $              955.87

Total  ➤  $        1,641,203.45

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

## United States Bankruptcy Court

## Eastern District of New York

In re **NCI Construction Inc.**                                    ,        Case No. _____

_____
                          Debtor                                          Chapter    7

# AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 1 | $          0.00 | | |
| B - Personal Property | YES | 3 | $    1,131,174.23 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | NO | 1 | | $          0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | 4 | | $      5,675.42 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 30 | | $    1,641,203.45 | |
| G - Executory Contracts and Unexpired Leases | NO | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 41 | $    1,131,174.23 | $    1,646,878.87 | |

# United States Bankruptcy Court
# Eastern District of New York

In re **NCI Construction Inc.**                                        Case No. _____

_____,
                          Debtor                    Chapter    **7** _____

# AMENDED - STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 5,630.26 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 5,630.26 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

# United States Bankruptcy Court
## Eastern District of New York

In re __NCI Construction Inc._____,     Case No. _____

                                    Debtor        Chapter __7_____

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 5,675.42 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $1,641,203.45 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $1,641,203.45 |

**UNITED STATES BANKRUPTCY COURT**

**Eastern District of New York**

In re: **NCI Construction Inc.**                                         ,          Case No. _____

Debtor                                                    (If known)

# AMENDED - STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **4,484,264.00** | **Business Income** | **2008** |

## 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| Nahas Rug Co. Inc. 3451/09 | | Queens Civil Supreme | |
| Singer Studio Corp. against Bine Levine Architects, Smith Murdock Co, NCI Construction, Inc., D'Antonio Consulting Engineers, PC , Conair Service Corp, and Allied Contracting II Corp., 602349/09 | Summons | Supreme Court of the State of New York County of New York | Pending |
| Utica Mutual Ins. against NCI Construction, Inc. vs. Comprehensive Care Management Corp. 12487/08 | Motion | Supreme Court County of Nassau | Pending |
| TRI Rail Construction, Inc. against NCI Construction, Inc. 39312/07 | Notice of Motion | Supreme Court of New York County of Suffolk | Pending |
| NCI Construction,Inc against JPC Plumbing & Heating, Inc. Accurate Interiors, Et Al 38790/07 | Notice of Motion | Supreme Court of New York County of Suffolk | Pending |
| Haslacha 26, LLC, 601501/09 | | Supreme Court of The State of New York | |
| TSC Design Associates Conair Corporation 103155/09 | Arbitration | New York Civil Supreme | |
| Air Stream Air Conditioning Corp. 22394/08 | | Nassau Civil Supreme | |
| Taubs Carpet & Tile Corp cc00663/09.SD1 | Commercial Claims Summons | Disrtict Court of Nassua Second District, Hempstead | Pending |
| NCI Construction Inc. Vs. Super Steelworks Corp. ISCC 08-0000635 | Notice of Arbitration | Suffolk County District 5th District Court at Ronkonkoma | |
| Genet Plumbing and Heating Corp., Against NCI Construction, Inc. 12714/2008 | Notice of Entry | Supreme Court of the State of New York County of Queens | Pending |

| | | | |
|---|---|---|---|
| CallahanPiping, LLC<br>**against**<br>**East Asia Properties (US),Inc.,**<br>**NCI Contruction Inc. and John**<br>**Doe One through John Doe Ten**<br>    **09-60135** | **Summons** | **Supreme Court of the**<br>**State of New York**<br>**County of Nassau** | **Pending** |
| **D&D Electric Corp.**<br>    **100329/09** | | **New York Civil Supreme** | |
| **NCI Construction Inc.**<br>    **Petitioner**<br>**For an order Directing**<br>**Allied Contracting II Corp.,**<br>    **08-112850** | **Law Suit** | **Supreme Court of the**<br>**State of New York**<br>**County of New York** | **Pending** |
| **CM Richey Contractors, Inc**<br>    **5104/09** | | **Suffolk Civil Supreme** | |
| **Accurate Interiors Inc.**<br>    **603607/08** | | **New York Civil Supreme** | |
| **Unity Electric Co.,Inc.**<br>    **25748/08** | | **Queens Civil Supreme** | |
| **M&M Canvas & Awnings, Inc.**<br>    **18714/08** | | **District Court Suffolk**<br>**First District Ronkonkoma** | |
| **Alpha Interiors, Inc**<br>    **42110/08** | | **Suffolk Civil Supreme** | |

None
☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF<br>SEIZURE | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ❑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Macco & Stern, LLP** <br> **135 Pinelawn Rd.** <br> **Suite 120 south** <br> **Melville, NY 11747** | | **For services rendered in conncetion with this instant filing $5,000 filing fee $299.00 see 2016 & 2017 statement attached.** |

## 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None ☑    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None ☑    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None ☑    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None ☑    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None ☐    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **39 West 38th Street New York, NY** | **NCI Construction** | **May 2008 - Feb 2009** |

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.      List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.      List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☑
b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                ADDRESS

## 19.  Books, records and financial statements

None ☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                   DATES SERVICES RENDERED

**BImburg & Kopel, CPA,. PC**
**25 South Service Rd.**
**Jericho, NY 11753**

None ☑
b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None ☑
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                                ADDRESS

None ☑
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                   DATE ISSUED

## 20.  Inventories

None ☑
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Norman Rijo | President | 100% |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **9/16/2009**                              Signature  **s/**_____

                                                                                                      ,_____
                                                                                                      Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

                            _____ continuation sheets attached